1  Michael C. Ormsby
   United States Attorney
2  Earl A. Hicks
   Eastern District of Washington
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 18 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

6
7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,                  )   **CR-12-105-WFN**
9                          Plaintiff,         )   INDICTMENT
                                              )
10                                            )   Vio:  21 U.S.C. § 846
                                              )         Conspiracy to Manufacture
11         vs.                                )         and Distribute 100 or More
                                              )         Marijuana Plants (Count 1)
12                                            )
13 RICHARD ALAN ROSIO                         )         21 U.S.C. § 841(a)(1) and
   and                                        )         18 U.S.C. § 2
14 SHAUN AUGUST SCHRADER,                     )         Manufacture of 100 or More
                                              )         Marijuana Plants (Count 2)
15                                            )
                                              )         21 U.S.C. § 841(a)(1) and
16                                            )         18 U.S.C. § 2
                                              )         Possession with Intent to
17                         Defendants.        )         Distribute Marijuana
                                              )         (Count 3)
18                                            )
                                              )         21 U.S.C. § 856(a)(1)
19                                            )         Maintaining Drug-Involved
                                              )         Premises (Count 4)
20

21         The Grand Jury Charges:

22                              COUNT ONE

23         That beginning on a date unknown, but by on or about June 2011, until on

24 or about June 13, 2012, in the Eastern District of Washington, and elsewhere, the

25 defendants, RICHARD ALAN ROSIO and SHAUN AUGUST SCHRADER, did

26 knowingly and intentionally combine, conspire, confederate and agree together

27 with each other and with other persons, both known and unknown to the Grand

28

INDICTMENT - 1
09-18-12 Rosio & Schrader Indictment.wpd

1  Jury, to commit the following offense against the United States, to wit:

2  Manufacture of 100 or More Marijuana Plants, in violation of 21 U.S.C. §

3  841(a)(1); all in violation of 21 U.S.C. § 846.

4

5                              COUNT TWO

6          Beginning on a date unknown, but by on or about June 2011, until on or

7  about June 13, 2012, in the Eastern District of Washington, the defendants,

8  RICHARD ALAN ROSIO and SHAUN AUGUST SCHRADER, knowingly and

9  intentionally Manufactured 100 or more Marijuana plants, a Schedule I controlled

10  substance, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

11

12                             COUNT THREE

13          On or about June 13, 2012, in the Eastern District of Washington, the

14  defendants, RICHARD ALAN ROSIO and SHAUN AUGUST SCHRADER,

15  knowingly and intentionally possessed with the intent to distribute 50 or More

16  Marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. §

17  841(a)(1), and 18 U.S.C. § 2.

18

19                              COUNT FOUR

20          Beginning on a date unknown, but by on or about at least June 2011,

21  continuing until at least June 26, 2012, in the Eastern District of Washington, the

22  defendants, RICHARD ALAN ROSIO and SHAUN AUGUST SCHRADER,

23  knowingly and intentionally maintained a place located at 1226 D. Williams Lake

24  Rd., Evans, Washington, for the purpose of manufacturing, distributing, and using

25  //

26  //

27  //

28

INDICTMENT - 2
09-18-12 Rosio & Schrader Indictment.wpd

Marijuana, a Schedule I controlled substance, in violation of in violation of 21 U.S.C. § 856(a)(1), and 18 U.S.C. § 2.

DATED this ___18___ day of September, 2012.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Earl A. Hicks
Assistant United States Attorney

INDICTMENT - 3
09-18-12 Rosio & Schrader Indictment.wpd