UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD ALAN ROSIO,<br><br>  Defendant. | No. CR-12-105-WFN-1<br><br>ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE (ECF NO. 104) |

Before the court is Defendant's Motion to Modify Conditions of Release. Defendant was initially detained after arrest. On November 2, 2012, after a hearing, the court entered an Order Granting Unopposed Motion for Release. That Order contained several conditions, including the condition that Defendant remain at home on GPS monitoring. (ECF No. 62, condition 29.) Defendant has been on release since that time and has met all conditions of pretrial release.

Defendant has a lengthy criminal history, including failures to comply. The Motion, **ECF No. 104,** is **DENIED**.

**IT IS SO ORDERED.**

DATED March 8, 2013.

            S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE - 1